No. 192. KIMLER *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 193. SAMMAN *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Knox County, Illinois, denied.

No. 194. WITT *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Supreme Court of Illinois; and

No. 195. WITT *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois. October 14, 1946. Denied.

No. 196. MILLS *v.* RAGEN, WARDEN; and

No. 197. EVANS *v.* RAGEN, WARDEN. October 14, 1946. Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 198. WROBLEWSKI *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.